1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                           UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  OAKLAND DIVISION
11
   YI WENG,
12                                               Case No. 4:24-cv-06937 HSG
                  Plaintiff,
13
         v.                                      **STIPULATION TO STAY PROCEEDINGS;**
14                                               **ORDER**
   ALEJANDRO MAYORKAS, Secretary of the
15 United States Department of Homeland
   Security, *et al.*,
16
                  Defendants.
17
18
19      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

20 proceedings in this case for a limited time, until July 24, 2025. The parties make this joint request

21 because they are pursuing an administrative resolution that may render further litigation of this case

22 unnecessary.

23      1.      Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application

24 for Asylum and Withholding of Removal. United States Citizenship and Immigration Services

25 ("USCIS") scheduled an interview for March 26, 2025. USCIS will work diligently towards completing

26 adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen

27 circumstances that would require additional time for adjudication.

28
   Stipulation to Stay
   C 4:24-cv-06937 HSG                          1

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 24, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 26, 2024                                        Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

1  Dated: November 26, 2024                    */s/ Justin Wang*
                                               JUSTIN WANG
2                                              Baughman & Wang
                                               Attorney for Plaintiff
3

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  11/26/2024

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge